IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JEREMY M. GREGORY**                                                                    **PLAINTIFF**

**VS.**                    **CASE NO. 3:10CV00260 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
  **Social Security Administration**                                             **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this __16__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE